# IN THE UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF INDIANA

# INDIANAPOLIS DIVISION

IN THE MATTER OF:

Clint Tucker and April Cantrell Tucker
Debtors

CASE NO. 17-00325-JJG

CHAPTER 13

## OBJECTION TO CONFIRMATION OF PLAN

Comes now OneMain Financial of Indiana, Inc., and objects to the confirmation of this plan and in support thereof says:

1. On April 30, 2015, Debtor gave Creditor a secured interest in a 2007 Mercedes Benz C280, WDBRF92H57F914750.

2. The Debtors do not treat the 2007 Mercedes Benz C280, WDBRF92H57F914750 in their plan. The creditor wishes to be paid their Proof of Claim amount of $5,157.81. The current prime rate is 3.5%. Creditor would not object to 5.5% interest rate.

3. A copy of N.A.D.A Official Used Car Guide Automated Vehicle Valuation for the 2007 Mercedes Benz C280, WDBRF92H57F914750 is attached valuing the 2007 Mercedes Benz C280, WDBRF92H57F914750 at $10,525.00 hereto as Exhibit "A".

4. Creditor is entitled to a consistent monthly payment. For Creditor's claim to properly liquidate creditor would have to receive $155.74 per month over the life of the plan of 36 months.

5. Creditor should receive equal, pre-confirmation adequate protection payments of no less than $51.58 per month.

6. Creditor is unaware if the secured property is insured and not aware of the insurance company and policy number.

7. A copy of the Note is attached hereto as Exhibit "B".

8. The vehicle title is attached hereto as Exhibit "C".

**WHEREFORE**, Creditor prays this plan not be confirmed and for all other just and proper relief.

March 3, 2017                                        KRISOR & ASSOCIATES

By: /s/Brooks J. Grainger
Brooks J. Grainger (19362-71)
Attorney for Plaintiff
PO Box 6200
South Bend, IN 46660
Ph: (574) 272-1000
Fax: (574) 272-4303
bgrainger@krisorlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Clint Tucker, 5112 N. Kenmore Road, Indianapolis, IN 46226 via First Class Mail, and upon John Morgan Hauber, 320 N. Meridian Street Suite 201, Indianapolis, IN, 46204-1721, and U.S. Trustee, 101 W. Ohio St, Ste 1000, Indianapolis, IN 46204, via electronic mail, on March 3, 2017

/s/Brooks J. Grainger
Brooks J. Grainger