# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re: April C. Tucker
Clint E. Tucker,
Debtor(s),

Case No. 17-00325-JJG-13
(xx-xxxxx)

**Motion to Dismiss Bankruptcy**
(Document Name)

Motion to Dismiss Bankruptcy due to paperwork not complete. And will retain attorney & decided to re-file by the 1st of May, 2017

Date: 4/18/2017

April C. Tucker (Signature of Filer)
April C. Tucker (Printed Name of Filer)
_____ (Signature of Filer)
_____ (Printed Name of Filer)

## CERTIFICATE OF SERVICE

By signing below I understand that a copy of this document will be sent to the United States Trustee and the case trustee through the Court's Electronic Case Filing System. I have sent or delivered / I will send or deliver (circle one), a copy of this document to the following by the method indicated.

| Name of Party/Parties | Address (list full address, room/ suite numbers, zip codes, etc) | Method of Service (circle method of service) |
|---|---|---|
| John Morgan Hauber | | Certified Mail   Regular Mail<br>Hand Delivery   Other: _____ |
| | | Certified Mail   Regular Mail<br>Hand Delivery   Other: _____ |

Date: 4/18/2017

April C. Tucker (Signature of Filer)
April C. Tucker (Printed Name of Filer)
_____ (Signature of Joint Filer)
_____ (Printed Name of Joint Filer)